UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

VIRGIL CHANDLER KNOWLES III and
SAMANTHA JEAN BATTS,

        Defendant.
_____/

Case No.: 1:22-mj-310

COMPLAINT
**PENALTY SHEET**

**Count 1 – Sexual Exploitation of a Child (both defendants)**
**18 U.S.C. §§ 2251(a) and (e)**

**Minimum Penalty:** Mandatory 15 years in prison
[18 U.S.C. § 3571]

**Maximum Penalty:** 30 years in prison and/or $250,000 fine
[18 U.S.C. § 3571]

**Supervised Release:** Not less than 5 years and up to life
[18 U.S.C. § 3583(k)]

**Special Assessment**: $100
[18 U.S.C. § 3013]

**Additional Special Assessments:** $5,000 + not more than $50,000
[18 U.S.C. § 3014; 18 U.S.C. 2259A]

**Restitution:** Amount of direct and proximate harm
[18 U.S.C. § 3663]

Mandatory
[18 U.S.C. § 3663A]

**Forfeiture:** none

**Count 2 – Distribution of Child Pornography (Defendant KNOWLES only)**
**18 U.S.C. § 2252A(a)(2)**

**Minimum Penalty:** Mandatory 5 years in prison
[18 U.S.C. § 2252A(b)]

**Maximum Penalty:** 20 years in prison and/or $250,000 fine
[18 U.S.C. § 2252A(b)]

**Supervised Release:** Not less than 5 years and up to life
[18 U.S.C. § 3583(k)]

**Special Assessment**: $100
[18 U.S.C. § 3013]

**Additional Special Assessments:** $5,000 + not more than $17,000
[18 U.S.C. § 3014; 18 U.S.C. 2259A]

**Restitution:** Amount of direct and proximate harm
[18 U.S.C. § 3663]

Mandatory
[18 U.S.C. § 3663A]

**Forfeiture:** none


Date:  July 15, 2022                             /s/ *Austin J. Hakes*
                                                 Assistant United States Attorney

Submitted in accordance with Admin Order 17-MS-046