# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
# CRIMINAL MINUTE SHEET

| USA v. | Virgil Chandler Knowles, III and Samantha Jean Batts | Mag. Judge: | Phillip J. Green |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:22-mj-00310-PJG | 7/15/2022 | 2:44 - 2:54 PM | Grand Rapids | |

**APPEARANCES:**

| Government: Austin Jacob Hakes | Defendant: Appeared w/out counsel (court to appoint) | Counsel Designation: |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Complaint | Read ✓ <br> Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ✓ First Appearance <br> __ Arraignment: <br>  __mute  __nolo contendre <br>  __not guilty  __guilty <br> __ Initial Pretrial Conference <br> __ Detention   (waived __) <br> __ Preliminary  (waived __) <br> __ Rule 5 Proceeding <br> __ Revocation/SRV/PV <br> __ Bond Violation <br> __ Change of Plea <br> __ Sentencing <br> __ Other: _____ | __ Defendant's Rights <br> __ Waiver of _____ <br> __ Consent to Mag. Judge for _____ <br> __ Other: _____ <br><br> Court to Issue: <br> __ Report & Recommendation <br> __ Order of Detention <br> __ Order to file IPTC Statements <br> __ Bindover Order <br> ✓ Order Appointing Counsel <br> __ Other: _____ | Guilty Plea to Count(s) _____ <br> of the _____ <br> Count(s) to be dismissed at sentencing: _____ <br><br> Presentence Report: <br>  __Ordered   __Waived <br> __ Plea Accepted by the Court <br> __ No Written Plea Agreement <br><br> **EXPEDITED RESOLUTION** <br> __ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
|  | Imprisonment: _____ <br> Probation: _____ <br> Supervised Release: _____ <br> Fine: $ _____ <br> Restitution: $ _____ <br> Special Assessment: $ _____ <br> Plea Agreement Accepted:  __Yes __No <br> Defendant informed of right to appeal:  __Yes __No <br> Counsel informed of obligation to file appeal: __Yes __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |
| **CASE TO BE:**  Set for Hearing before Mag. Judge | **TYPE OF HEARING:** Preliminary/Detention Hearings |
| **Reporter/Recorder:**  Digitally Recorded | **Courtroom Deputy:**  A. Doezema |