UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                            Case No. 1:22−mj−310

v.                                       Hon. Sally J. Berens

VIRGIL CHANDLER KNOWLES, III,

       Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Detention Hearing<br>Preliminary Hearing |
| Date/Time: | July 19, 2022   03:00 PM<br>*(previously set for July 20, 2022 at 11 AM)* |
| Magistrate Judge: | Sally J. Berens |
| Place/Location: | 650 Federal Building, Grand Rapids, MI |

                                                             SALLY J. BERENS
                                                             U.S. Magistrate Judge

Dated:  July 18, 2022         By:    /s/ Jenny Norton_____
                                               Courtroom Deputy